1 | **CAROL ANN MOSES  #164193**
Attorney at Law
2 | 7636N. Ingram Ave., #104
Fresno, California  93720
3 | Telephone:  (559) 449-9069
4 | Facsimile:    (559) 513-8530

5 | Attorney for Defendant, DEWEY BRAZELTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 6:19-mj-00039-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO JULY 30, 2019; ORDER THEREON** |
| v. | |
| DEWEY BRAZELTON, | **Date:** July 31, 2019 **Time:** 10:00 AM |
| Defendant. | **Judge:** Hon. Jeremy D. Peterson |

**IT IS HEREBY STIPULATED** by and between the Defendant, DEWEY BRAZELTON, his attorney of record, CAROL ANN MOSES, and Yosemite Legal Officer, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently scheduled for July 9, 2019 at 10:00 AM be continued until July 31, 2019 at 10:00 AM. The government has no objection.

///

///

///

///

///

Mr. Brazelton lives in Hoover, Alabama and works as a registered nurse. Mr. Brazelton has no criminal history. Mr. Brazelton was arrested June 27, 2019 and the court date was set for July 9, 2019, 12 days after his arrest. Mr. Brazelton needs to return to Alabama. Campgrounds and hotels are full due to the holiday weekend further complicating a stay in the area until July 9, 2019.

Mr. Brazelton respectfully requests that the Court grant a continuance for his Initial Appearance to July 31, 2019 at 10:00 AM.

Dated: July 8, 2019
/s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
CRAIG MILLER

Dated: July 8, 2019
/s/ Susan St. Vincent
SUSAN ST. VINCENT
Yosemite Legal Officer

## ORDER

GOOD CAUSE APPEARING, the above request to continue the initial appearance hearing in case number 6:19-mj-00039-JDP to July 31, 2019 at 10:00 AM and Mr. Brazelton's request is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: July 9, 2019
_Jeremy Peterson_
UNITED STATES MAGISTRATE JUDGE