**CAROL ANN MOSES #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California 93711
Telephone: (559) 449-9069
Facsimile: (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
DEWEY BRAZELTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 6:19-mj-00039-JDP |
| ) | |
| Plaintiff, ) | STIPULATION AND REQUEST FOR |
| ) | RULE 43 WAIVER OF PERSONAL |
| ) | APPEARANCE AND FOR VIDEO |
| vs. ) | CONFERENCE REGARDING PLEA AND |
| ) | SENTENCE; ORDER |
| ) | THEREON |
| DEWEY BRAZELTON, ) | |
| ) | Date: February 25, 2020 |
| ) | Time: 10:00 AM |
| Defendant. ) | Judge: Hon. Jeremy D. Peterson |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, DEWEY BRAZELTON, his attorney of record, CAROL ANN MOSES, and Legal Officer for the National Park Service, SUSAN ST. VINCENT that, should the Court be in agreement, Mr. Brazelton be allowed to appear via video conference from United States District Court in Birmingham, Alabama for the Plea and Sentence in the above captioned matter. Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Mr. Brazelton, having been advised of his right to be present at all stages of proceedings, respectfully requests this Court permit him to waive his right to personally appear for his hearing regarding his Plea and Sentence. Mr. Brazelton agrees that his interests shall be represented at all times by the presence of his attorney, Carol Moses, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. The government does not object to this request.

| | |
|---|---|
| 1 | Mr. Brazelton is charged with one count of 36 CFR 4.23(a)(1) – operating a motor |
| 2 | vehicle under the influence of alcohol, one count of 36 CFR 4.12 – failure to comply with |
| 3 | directions of a traffic control device, one count of 36 CFR 4.21(c) – speed violation, two counts |
| 4 | of 36 CFR 4.23(c)(1) – refusal to submit to an evidentiary breath test and refusal to submit to a |
| 5 | blood test pursuant to a warrant, and one count of 36 CFR2.32(a)(1) – intentionally interfering |
| 6 | with a government employee or agent engaged in an official duty. |
| 7 | Mr. Brazelton lives in Hoover, Alabama and works as a critical care registered nurse. Mr. |
| 8 | Brazelton has no criminal history. Mr. Brazelton appeared personally in Yosemite National Park |
| 9 | for the arraignment in this matter. |
| 10 | To travel from Mr. Brazelton's current residence in Hoover, Alabama to Yosemite |
| 11 | National Park, is approximately a 3,749 mile round trip by airplane. From Birmingham- |
| 12 | Shuttlesworth International Airport to Fresno Yosemite International Airport, costs are |
| 13 | approximately $1,100.00. Additional costs include renting a car to drive from the airport to |
| 14 | Yosemite National Park and then back to the airport. Hotel costs add approximately $550.00. |
| 15 | Traveling to Fresno creates a financial hardship for Mr. Brazelton and the travel time involved |
| 16 | would be difficult due to the unpredictable nature of his hospital shift schedule. |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

Mr. Brazelton respectfully requests that the Court grant a waiver of his right and obligation to be personally present and that he be permitted to appear via video conference from the Hugo L. Black United States Courthouse - U.S. District Court in Birmingham, Alabama whose address is 1729 Fifth Avenue North, Birmingham, Alabama 35203, and whose phone number is 205-278-1700, for his hearing regarding the Plea and Sentence on February 25, 2020 at 10:00 AM.

Dated: December 9, 2019  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
DEWEY BRAZELTON

ORDER

The above request for defendant's waiver of personal appearance and request to appear via video conference from United States District Court in Birmingham, Alabama at the hearing regarding the plea and sentence in Case No. 6:19-mj-00039-JDP on February 25, 2020 at 10:00 AM, is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   December 10, 2019                               /s/ Jeremy Peterson
                                                  UNITED STATES MAGISTRATE JUDGE