1  Sean O. Anderson
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241
5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Docket Number: 6:19-mj-00039-JDP |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | | **MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |
| 14 | DEWEY JAY BRAZELTON, | |
| 15 | Defendant. | |

16

17      The United States, by and through its representative, Sean O. Anderson hereby moves the

18 Court for an Order to Vacate the review hearing currently scheduled in this matter for January 26,

19 2021 and terminate probation. The Defendant is in agreement with this request. To date,

20 Defendant has complied with all the terms of unsupervised probation as ordered by this Court on

21 February 27, 2020.

22                                              Respectfully submitted,

23
                                                McGREGOR SCOTT
24                                              United States Attorney

25

26   Dated: January 13, 2021              /S/ *Sean O. Anderson*
                                          SEAN O. ANDERSON
27                                        Legal Officer
                                          Yosemite National Park
28

                                          1

**ORDER**

Upon motion by the United States filed January 13, 2021 (Doc. No. 17) and for good cause shown, the Review Hearing scheduled for January 26, 2021 in the case *United States v. Brazelton*, no. 6:19-mj-00039-JDP, is vacated and probation terminated.

IT IS SO ORDERED.

Dated: __January 14, 2021__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE